UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 09-923 (SRC) |
| Plaintiff, : | |
| : | **ORDER** |
| v. : | |
| : | |
| BOURAHIMA QUATTARA, : | |
| : | |
| Defendant. : | |
| : | |

**CHESLER**, District Judge

This matter having come before the Court upon *pro se* Defendant Bourahima Quattara's "Petition for Writ of Habeas Corpus, Reduction of the Conviction" [docket entry 22]; and the United States of America (the "Government") having opposed the Petition; and the Court having considered the parties' written submissions; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 22nd day of March, 2011,

**ORDERED** that *pro se* Defendant Bourahima Quattara's "Petition for Writ of Habeas Corpus, Reduction of the Conviction" [docket entry 22] be and hereby is **DENIED**.

    s/ Stanley R. Chesler
    STANLEY R. CHESLER
    United States District Judge